UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-5304 DSF (SSx) | Date | 7/15/08 |
|---|---|---|---|
| Title | Jack Chen v. Investment Retrievers, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On October 31, 2007, this Court set a pretrial conference date of July 21, 2008. Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been lodged no later than seven days before the pretrial conference. Memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed no later than 21 days before the pretrial conference. As of this date, Plaintiff has filed no such documents.

The pretrial conference and trial dates are vacated.

Plaintiff is ordered to show cause on August 4, 2008 at 3:00 p.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders. Plaintiff may show cause by submitting a proposed pretrial conference order, memorandum of contentions of fact and law, witness and exhibit lists, no later than July 28, 2008. If Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on August 4, 2008 at 3:00 p.m. If Plaintiff fails to submit such documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Pursuant to section II. B. 8 of the Court's Jury Trial Order, Plaintiff has waived a jury trial.

Courtesy copies of all documents are to be submitted to chambers.

Initials of Preparer:     dp