JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CHEN, | Case No. CV 07-5304 DSF (SSx) |
| Plaintiff, | |
| v. | |
| INVESTMENT RETRIEVERS, INC. | JUDGMENT OF DISMISSAL |
| Defendant. | |
| _____ | |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Failure to Comply with Court Orders and Order Vacating Pretrial Conference and Trial Date, and plaintiff not having timely responded or appeared at the scheduled hearing date,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendant recovers its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:  August 15, 2008

_____
DALE S. FISCHER
United States District Judge